Konrad L. Trope (California SBN: 133214)
TROPE AND TROPE LAW GROUP
415 North Camden Drive, Suite 111
Beverly Hills, California 90210
Phone: (818) 575-7423
Email: ktrope@tropeandtropelawgroup.com
Counsel for Plaintiff, Konrad L. Trope

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Konrad L. Trope, a resident of the State of California<br><br>Plaintiff(s), | CASE NUMBER<br><br>2:25-cv-05794-RGK-RAO |
| v.<br><br>ARTHUR DORLAG, a resident of the State of Florida, Jade Reimer, a resident of the State of Arizona; SHADY TREE STABLES, LLC, an Arizona Limited Liability Company<br><br>Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 17, 2025
_____
*Date*

*Signature of Attorney/Party*

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*